IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**THOMAS HOBGOOD,**

    Plaintiff,

v.                                                                Civil Action No. **3:24CV51**

**SERGEANT WALASS,** *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on January 30, 2024, the Court conditionally docketed Plaintiff's action. At that time, the Court informed Plaintiff that he must inform the Court if he was relocated or released. On May 6, 2024, the United States Postal Service returned an April 19, 2024 Memorandum Order to the Court marked, "RETURN TO SENDER," and "ATTEMPTED NOT KNOWN." (ECF No. 12, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

                                                             /s/
                                                      John A. Gibney, Jr.
                                                      Senior United States District Judge

Date: 28 May 2024
Richmond, Virginia